*Robert T. Dewell, W. H. Brewton* and *George P. Garrett,* for Plaintiffs in Error;

*George W. Dayton,* for Defendant in Error.

PER CURIAM.—This cause having heretofore been submitted to the Court upon the transcript of the record of the judgment herein, and briefs and argument of counsel for the respective parties, and the record having been seen and inspected, and the Court being now advised of its judgment to be given in the premises, it seems to the Court that there is no error in the said judgment; it is, therefore, considered, ordered and adjudged by the Court that the said judgment of the Circuit Court be, and the same is hereby affirmed. See Bailey vs. Inman, decided present term.

WHITFIELD, P.J., AND TERRELL AND DAVIS, J.J., concur.

JUANITA LEWIS, *Plaintiff in Error,* vs. STATE OF FLORIDA, *Defendant in Error.*

140 So. 886.

Division B.

Decision filed April 16, 1932.

*A. G. Hartridge* and *Dillon Hartridge,* for Plaintiff in Error;

*Cary D. Landis,* Attorney General, and *Roy Campbell,* Assistant, for the State.

PER CURIAM.—This cause having heretofore been submitted to the Court upon the transcript of the record of the judgment herein, and briefs and argument of counsel for the respective parties, and the record having been seen and inspected, and the Court being now advised of its judgment to be given in the premises, it seems to the Court that there is no error in the said judgment; it is, therefore, considered, ordered and adjudged by the Court

that the said judgment of the Circuit Court be and the same is hereby affirmed.

WHITFIELD, P.J., AND TERRELL AND DAVIS, J.J., concur.

J. W. MCWILLIAMS COMPANY, a corporation, *Appellant*, vs. FORT MYERS DEVELOPMENT CORPORATION, a corporation, and IRVING WALKER, *Appellees*.

140 So. 902.

En Banc.

Opinion filed April 16, 1932.

Petition for rehearing denied May 25, 1932.

*Treadwell & Treadwell* and *J. Bowers Campbell*, for Appellant;

*L'Engle & Shands*, for Appellees.

ELLIS, J.—J. W. McWilliams Company, a corporation, owned in 1925 a large tract of land in Lee County containing about twenty-three thousand six hundred and fifty-two acres which it contracted to sell to Irving Walker at the price of seventy-five dollars per acre but at Walker's request entered into a contract with him in which the price was stated to be ninety dollars per acre and by letter addressed to him dated New York, June 12, 1925, agreed in consideration of Walker "handling the tract of land" to accept his two checks aggregating three hundred and fifty-four thousand seven hundred and eighty-four dollars and five cents and return the same to him upon the payment of the installments due respectively sixty days and four months on the purchase of the